**Fill in this information to identify the case:**

Debtor name  **Galleria 2425 Owner LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-60036**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/09/2023          **x**  */s/ Dward Darjean*
                                      Signature of individual signing on behalf of debtor

                                      **Dward Darjean**
                                      Printed name

                                      **Manager**
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Galleria 2425 Owner LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-60036** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alfonso Garcia Villaneurva 6700 Chimney Rock #50 Houston, TX 77081** | | **cleaning** | | | | **$2,400.00** |
| **Ash Automated Control Systems, LLC P.O. Box 1113 Fulshear, TX 77441** | | **HVAC repair** | | | | **$1,548.31** |
| **CFI Mechanical, Inc. 6109 Brittmoore Rd Houston, TX 77041** | | **HVAC and Plumbing** | | | | **$668.44** |
| **Cirro Electric PO Box 660004 Dallas, TX 75266** | | **Electricity** | | | | **$27,000.00** |
| **City of Houston P.O.Box 1560 Houston, TX 77251** | | **Water** | | | | **$7,500.00** |
| **Datawatch Systems 4520 East West Highway 200 Bethesda, MD 20814** | | **Security** | | | | **$18,626.10** |
| **Environmental Coalition Inc. PO Box 1568 Stafford, TX 77497** | | **Pest control** | | | | **$800.85** |
| **Ferguson Facilities Supplies PO Box 200184 San Antonio, TX 78220** | | **Janitorial supplies** | | | | **$1,000.00** |
| **Firetron PO Box 1604 Stafford, TX 77497** | | **Fire and security repairs** | | | | **$30,040.34** |

Debtor   **Galleria 2425 Owner LLC**                                          Case number *(if known)*   **23-60036**
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gulfstream Legal Group** 1300 Texas Street Houston, TX 77002 | | **Litigation expense** | | | | **$57,799.06** |
| **HNB Construction, LLC** 521 Woodhaven Ingleside, TX 78362 | | **Building repairs** | | | | **$58,207.11** |
| **Lexitas** P.O. Box 734298, Dept 2012 Dallas, TX 75373 | | **Litigation expense** | | | | **$2,813.33** |
| **MacGeorge Law Firm** 2921 E 17th St., Bldg. D, Ste. 6 Austin, TX 78702 | | **Legal services** | | | | **$34,455.48** |
| **Maria Cristina Leos Rico** 11602 Bellbrook Dr Houston, TX 77096 | | **Janitorial services** | | | | **$2,400.00** |
| **Mueller Water Treatment** 1500 Sherwood Forest Dr Houston, TX 77043 | | **Water treatment and gas systems** | | | | **$475.00** |
| **National Bank of Kuwait S.A.K.P.** c/o Charles C. Conrad Pillsbury Winthrop Shaw Pittmans LLP 909 Fannin, Suite 2000 Houston, TX 77010 | | **Bank Loan** | | **$17,500,000.00** | **$17,500,000.00** | **$1,758,063.53** |
| **Nationwide Security** 2425 W Loop S Ste. 300 Houston, TX 77027 | | **Security services** | | | | **$32,549.70** |
| **Nichamoff Law Firm** 2444 Times Blvd., Ste. 270 Houston, TX 77005 | | **Legal fees** | | | | **$46,984.22** |
| **TKE** 3100 Interstate North Cir SE Ste. 500 Atlanta, GA 30339 | | **Elevator services** | | | | **$57,881.13** |

Debtor **Galleria 2425 Owner LLC**                      Case number *(if known)*   **23-60036**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zindler Cleaning Service 2450 Fondren, Suite 113 Houston, TX 77063** | | **Janitorial** | | | | $2,110.88 |