# United States Bankruptcy Court
## Southern District of Texas

In re: __Galleria 2425 Owner LLC__
Debtor(s)

Case No. __23-60036__
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __07/09/2023__

__/s/ Dward Darjean__
**Dward Darjean**/**Manager**
Signer/Title

```
2425 WL, LLC
60 West 2nd St
Freeport, NY 11746



ADT
P.O. Box 382109
Pittsburgh, PA 15251



Alfonso Garcia Villaneurva
6700 Chimney Rock #50
Houston, TX 77081



Ali Choudhri
1001 West Loop South, Ste. 700
Houston, TX 77027



Ash Automated Control Systems, LLC
P.O. Box 1113
Fulshear, TX 77441



Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070



CFI Mechanical, Inc.
6109 Brittmoore Rd
Houston, TX 77041



Cirro Electric
PO Box 660004
Dallas, TX 75266
```

City of Houston
P.O.Box 1560
Houston, TX 77251


CNA Insurance Co.
PO Box 74007619
Chicago, IL 60674


Comcast
PO Box 60533
City of Industry, CA 91716


Datawatch Systems
4520 East West Highway 200
Bethesda, MD 20814


Environmental Coalition Inc.
PO Box 1568
Stafford, TX 77497


Ferguson Facilities Supplies
PO Box 200184
San Antonio, TX 78220


Firetron
PO Box 1604
Stafford, TX 77497


First Insurance Funding
450 Skokie Blvd.
Northbrook, IL 60062

```
Gulfstream Legal Group
1300 Texas Street
Houston, TX 77002



Harris County Tax Assessor
P.O. Box 4622
Houston, TX 77210



HNB Construction, LLC
521 Woodhaven
Ingleside, TX 78362



Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346



Kings 111 Emergency Communications
751 Canyon Drive, Suite 100
Coppell, TX 75019



Lexitas
P.O. Box 734298, Dept 2012
Dallas, TX 75373



Logix Fiber Networks
P.O. Box 734120
Dallas, TX 75373



MacGeorge Law Firm
2921 E 17th St., Bldg. D, Ste. 6
Austin, TX 78702
```

Maria Cristina Leos Rico
11602 Bellbrook Dr
Houston, TX 77096


Mueller Water Treatment
1500 Sherwood Forest Dr
Houston, TX 77043


National Bank of Kuwait S.A.K.P.
c/o Charles C. Conrad
Pillsbury Winthrop Shaw Pittmans LLP
909 Fannin, Suite 2000
Houston, TX 77010


Nationwide Security
2425 W Loop S Ste. 300
Houston, TX 77027


Nichamoff Law Firm
2444 Times Blvd., Ste. 270
Houston, TX 77005


Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


TKE
3100 Interstate North Cir SE Ste. 500
Atlanta, GA 30339

```
Waste Management
PO Box 660345
Dallas, TX 75266




Zindler Cleaning Service
2450 Fondren, Suite 113
Houston, TX 77063
```