UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**GALLERIA 2425 OWNER LLC,**<br><br>Debtor. | Case No. 23-60036<br>Chapter 11 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that *Debtor's Emergency Motion for Interim and Final Orders Authorizing It to Use Cash Collateral* (the "Motion") has been set for hearing on **July 13, 2023 at 9:00 a.m**. before the Honorable Christopher M. Lopez.

The emergency hearing will be held via telephone and GoToMeeting. Instructions are as follows:

- Dial-in Telephone No.: 1-832-917-1510
  Conference Room No.: 590153

- To view online, you may connect through the website located at https://www.gotomeeting.com. Click "Join Meeting." The session ID for the meeting is "JudgeLopez."

Date: July 11, 2023

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Melissa S. Hayward*
    Melissa S. Hayward
     Texas Bar No. 24044908
     MHayward@HaywardFirm.com
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*telephone/facsimile*)

**PROPOSED COUNSEL FOR THE DEBTOR**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the attached service list via U.S. mail and/or CM/ECF on July 11, 2023.

*/s/ Melissa S. Hayward*
Melissa S. Hayward