## 2425 W Loop S
Year 2023
30 Day Projection

### Profit and Loss Report

| Revenue | | Jul-23 |
|---|---|---|
| Rent Income | | $123,086.45 |
| **Net Income** | | **$123,086.45** |
| **Operating Expenses** | | |
| **Service Contract** | | $690.73 |
|     Smart Office Automation | $650.00 | |
|     Culligan of Houston | $40.00 | |
| **Fire Safety** | | $2,182.59 |
|     ADT | $79.04 | |
|     Logix Fiber Network | $405.00 | |
|     Kings 111 Emergey Communications | $316.00 | |
|     Datawatch | $1,382.55 | |
| **Repairs & Maintenance** | | $12,207.99 |
|     TK Elevator | $3,542.25 | |
|     Ferguson Facilities | $1,000.00 | |
|     Maintenance Crew | $5,665.74 | |
|     Supplies (Various Stores) | $2,000.00 | |
| **Security** | | $7,770.19 |
|     Nationwide Security | $7,770.19 | |
| **Cleaning & Maintenance** | | $6,910.88 |
|     Zindler Janitorial | $2,110.88 | |
|     Janitorial Labor (2) | $4,800.00 | |
| **Utilities** | | $35,000.00 |
|     Cirro electric | $27,500.00 | |
|     City of Houston water | $7,500.00 | |
| **Insurance** | | $17,627.61 |
|     CNA Insurance | $16,250.77 | |
|     First Insurance | $1,376.84 | |
| **Telephone & Internet** | | $1,629.00 |
|     Comcast | $329.00 | |
|     Phone | $1,300.00 | |
| **Other Expense** | | $1,875.00 |
|     Mueller Water Treatment | $475.00 | |
|     Waste Management | $400.00 | |
|     Other | $1,000.00 | |
| **Licenses & Permits** | | $350.00 |
|     City of Houston Permit | $350.00 | |
| **Total Operating Expenses** | | **$86,243.99** |
| **Operating Profit (Loss)** | | **$36,842.46** |



# Exhibit A