IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GALLERIA 2425 OWNER LLC, | ) ) ) | Case No. 23-60036 (CML) |
| Debtor. | ) ) ) |  |

**ORDER CONFIRMING THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN ACTIONS BY NAISSANCE GALLERIA, LLC**
**[Relates to Docket No.         ]**

Upon the motion (the "Motion")³ of Naissance Galleria, LLC ("Naissance") for entry of an order, pursuant to sections 105(a) and 362(d) of title 11 of the United States Code, confirming that the automatic stay does not apply to certain proposed actions that would effectuate a change of control of the Debtor; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. § 1408; and the Court having authority to enter a final order with respect to the Motion consistent with Article III of the United States Constitution; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and upon the record of all proceedings before the Court; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.  The automatic stay under 11 U.S.C. § 362 of the above-captioned debtor Galleria 2425 Owner LLC (the "Debtor") does not apply to the following actions that have been taken or may be taken by Naissance or Azeemeh Zaheer:

---

³ Capitalized terms used but not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

a. Naissance's exercise of all remedies available to it under its loan documents and applicable state law against Galleria 2425 JV, LLC ("JV"), including, but not limited to, taking ownership or voting control of JV's ownership interests in the Debtor; and

b. Consistent with the State Court's Temporary Injunction, Ms. Zaheer's exercise of control of Naissance and the taking of any and all actions in the Adversary Proceeding on behalf of Naissance.

2. Naissance is authorized to take all actions necessary to effectuate the relief granted in this Order.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated:**

**HONORABLE CHRISTOPHER M. LOPEZ**
**UNITED STATES BANKRUPTCY JUDGE**