| | |
|---|---|
| **From:** | James Q. Pope <jamesp@thepopelawfirm.com> |
| **Sent:** | Monday, October 16, 2023 1:37 PM |
| **To:** | dtangattorney@gmail.com |
| **Cc:** | Power, Aaron J.; Omar Khawaja; Rodney Drinnon; charles.conrad@pillsburylaw.com; ryan.steinbrunner@pillsburylaw.com; andrew.troop@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com; kwame.akuffo@pillsburylaw.com; MHayward@haywardfirm.com; Jerry Alexander; Sheryl Chandler |
| **Subject:** | Re: Adversary Proceeding – Cause No:23-06009; Galleria Owner, LLC, et al. v. National Bank of Kuwait, S.A.K.P., New York Branch; in the United States Bankruptcy Court – Southern District. |

Mr. Tang,

I am out of the office until tomorrow, October 17, 2023.  The adversary proceeding was filed prior to entry of the injunction order, and therefore the commencement of the adversary proceeding was not in violation of the injunction order.  Since the entry of the injunction order, I have not taken any action in the adversary proceeding, and can not take direction from Ms. Zaheer, considering a final determination concerning who actually controls Naissance Galleria LLC has not yet been made.  The assignment has not been deemed void or invalid.

I don't plan to take any further action in the adversary proceeding, on behalf of Naissance Galleria LLC, at this time.

Regards,

James

Sent from Yahoo Mail on Android

On Fri, Oct 13, 2023 at 8:12 PM, David Tang <dtangattorney@gmail.com> wrote:

Mr. Pope,

Please see the attached correspondence.  Have a safe weekend and thank you for your attention to this matter.


Best Regards,

David Tang
Attorney at Law
832.287.2129
832.217.3227 - facsimile

NOTICE(S):

You are put on notice that we are debt collectors, attempting to collect a debt and that any information obtained will be used for that purpose. This communication is from a debt collector.

The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message.  This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information.  If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is STRICTLY PROHIBITED AND MAY BE ILLEGAL.  If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client and/or other privileges. This e-mail, including attachments, constitutes non-public information and is intended to be conveyed only to the designated recipient (s).

If you are not the intended recipient, please delete this e-mail, including attachments, and notify me immediately. The unauthorized use, dissemination, distribution or reproduction of this email, including attachments, is prohibited and may be unlawful.